ALLACCESS LAW GROUP
  Irene Karbelashvili, State Bar Number 232223
  irene@allaccesslawgroup.com
  Irakli Karbelashvili, State Bar Number 302971
  irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for DMITRY YANUSHKEVICH, Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br><br>             Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 17-cv-1967-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT INSPECTION DEADLINE UNDER GENERAL ORDER 56** |

    IT IS HEREBY STIPULATED by and between Plaintiff DMITRY YANUSHKEVICH ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION, a Washington Corporation ("Defendant") that the last date (July 24, 2017) for the Parties' Joint Site Inspection shall be modified and extended to September 15, 2017. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

    The parties previously agreed to hold the inspection on June 16, 2017. However, because of an injury sustained by Defendant's counsel, the parties agreed to delay the inspection. The parties rescheduled the inspection for September 15, 2017, the earliest available date for

everyone involved.

Respectfully submitted,

Dated: September 6, 2017            */s/ Irene Karbelashvili* _____
                                    Irene Karbelashvili, Attorney for
                                    Plaintiff Dmitry Yanushkevich

Dated: September 6, 2017            */s/ Charles A. Valente* _____
                                    Charles A. Valente, Attorney for Defendant
                                    Costco Wholesale Corporation

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on, I, Irene Karbelashvili, received the concurrence of counsel for Defendant in the filing of this document.

                                By:        */s/ Irene Karbelashvili*
                                        IRENE KARBELASHVILI

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED:**

That the last date for the Parties' Joint Site Inspection under General Order 56 is hereby modified so that the time to conduct the Joint Site Inspection is hereby extended to no later than September 15, 2017. The last dates under General Order 56 for the Parties' Meet and Confer and Notice for Mediation shall be modified accordingly.

DATED: September 7, 2017

_____
United States District Judge