ALLACCESS LAW GROUP
 Irene Karbelashvili, State Bar Number 232223
 irene@allaccesslawgroup.com
 Irakli Karbelashvili, State Bar Number 302971
 irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for DMITRY YANUSHKEVICH, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DMITRY YANUSHKEVICH,<br><br>           Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No. 17-cv-1967-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

     IT IS HEREBY STIPULATED by and between Plaintiff DMITRY YANUSHKEVICH ("Plaintiff") and Defendant COSTCO WHOLESALE CORPORATION, a Washington Corporation ("Defendant") that this action be dismissed with prejudice against Defendant with each side to bear his/its own attorneys' fees, costs, and litigation expenses. The parties FURTHER STIPULATE that the Court retain jurisdiction, in accordance with General Order 56, over enforcement of the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE signed by the parties and approved by their respective attorneys.

Page 1 of 3

Respectfully submitted,

Dated: February 28, 2018         */s/ Irakli Karbelashvili*
                                 Irakli Karbelashvili, Attorney for
                                 Plaintiff Dmitry Yanushkevich

Dated: March 1, 2018             */s/ Charles A. Valente*
                                 Charles A. Valente, Attorney for Defendant
                                 Costco Wholesale Corporation

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on, I, Irakli Karbelashvili, received the concurrence of counsel for Defendant in the filing of this document.

By:         */s/ Irakli Karbelashvili*
            IRAKLI KARBELASHVILI

## [PROPOSED] ORDER

Having reviewed the above stipulation, and good cause having been show, the Court hereby grants the parties' stipulation. This action is dismissed with prejudice. Plaintiff and Defendant shall bear his/its own attorneys' fees, litigation expenses, and costs. The Court will retain jurisdiction over enforcement of the terms of the parties' SETTLEMENT AGREEMENT AND RELEASE. The Court Clerk shall close the case file.

**IT IS SO ORDERED.**

DATED: March 2, 2018

_____
United States District Judge